UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

PARIS ROBERTS,

                Defendant.

------------------------------------------------------------------- x

18-CR-420 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is set for **November 5, 2021** at **12:30 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            October 28, 2021

                                            ANDREW L. CARTER, JR.
                                            United States District Judge