MEMO ENDORSED

**M&B**

MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

December 23, 2021

**By ECF**
Hon. Andrew L. Carter, Jr.
U.S. District Judge
United States Courthouse
40 Centre Street
New York, N.Y. 10017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-28-21

Re: U.S. v. Paris Roberts
18 Cr. 420 (ALC)

Dear Judge Carter:

This letter is respectfully submitted on behalf of the defendant, Paris Roberts, to request a modification of his bail conditions from house-arrest, to home confinement, so that Mr. Roberts can take care of such essentials as food shopping and laundry without having to rely on his father or others to perform such tasks for him and so that Mr. Roberts can spend some of the holiday season with his mother and family.

Mr. Roberts was arrested on or about October 5, 2021 and released on bail subject to home confinement. He has been on home confinement for almost three months and after some initial problems setting up the monitoring, he has not had any problems while under hme confinement. Pursuant to the terms of his home confinement, Mr. Roberts has stayed in his apartment without exception, even to visit his attorney. Mr. Roberts has had to rely on others to take care of such essential tasks as food shopping and taking his clothes to the laundromat. Mr. Roberts now seeks to modify the terms of his bail so that he can be allowed out of his apartment for limited time periods to go food shopping, do his laundry, meet with his attorney and visit a doctor, if necessary. Mr. Roberts would also like permission to visit with family during the holiday season upon providing notice and obtaining permission from the Probation Department.

I have attempted to contact AUSA Clore by email and by phone to seek the Government's consent to this application but have been unable to reach him.

Honorable Andrew L. Carter, Jr.
December 23, 2021
Page 2

    Thank you in advance for your consideration of this application.

Respectfully submitted,

*Avraham C. Moskowitz*

Avraham C. Moskowitz

cc: AUSA Christopher Clore (by email)

The application is ✓ granted.
                      denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: December 28, 2021
        NY, New York