MEMO ENDORSED

# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

December 23, 2021

**By ECF**
Hon. Andrew L. Carter, Jr.
U.S. District Judge
United States Courthouse
$0 Centre Street
New York, N.Y. 10017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _12-28-21_

Re: U.S. v. Paris Roberts
18 Cr. 420 (ALC)

Dear Judge Carter:

This letter is respectfully submitted on behalf of the defendant, Paris Roberts, to supplement the request for modification of his bail conditions that was filed earlier today.

At the time of the earlier filing, I had not yet been able to obtain the Government's position with regard to the request. I have now spoken to AUSA Clore, who has advised me that the Government has no objection to the requested bail modification.

Thank you in advance for your consideration of this letter.

Respectfully submitted,

*Avraham C. Moskowitz*
Avraham C. Moskowitz

cc: AUSA Christopher Clore (by email)

The application is ✓ granted. ~~denied.~~

*Andrew L. Carter Jr.*
Andrew L. Carter Jr, U.S.D.J.
Dated: December 28, 2021
NY, New York