USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **2/1/22**

# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz  
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor  
New York, NY 10001  
Phone: (212) 221-7999  
Fax: (212) 398-8835

January 31, 2022

**By ECF**  
Hon. Andrew L. Carter, Jr.  
U.S. District Judge  
United States Courthouse  
40 Centre Street  
New York, N.Y. 10017

Re: U.S. v. Paris Roberts  
18 Cr. 420 (ALC)

Dear Judge Carter:

This letter is respectfully submitted to request an adjournment of the violation of supervised release hearing in the above-captioned matter, currently scheduled for February 1, 2022. The adjournment is requested because the underlying case against Mr. Roberts in New York State court has not progressed and thus the parties have nothing to report to the Court and are not prepared to proceed. The parties are hopeful that if the hearing is adjourned to a date in March, they will be in a position to decide how to proceed in this matter.

I have been in contact with AUSA Christopher Clore, who advised me that the Government joins in the requested adjournment.

Thank you in advance for your consideration of this application.

Respectfully submitted,

Avraham C. Moskowitz

cc: AUSA Christopher Clore (by email)

The application is **GRANTED**. The violation of supervised release hearing is adjourned to March 8, 2022 at 11:30 a.m.

1/31/22