```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-1-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

United States of America,

                                          **ORDER**
                                          18-CR-420 (ALC)

      -against-

Paris Roberts,

-------------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

      The Sentencing on the violation of supervised release scheduled for July 21, 2022 is adjourned to **August 4, 2022** at **12:00 p.m.**

      SO ORDERED.

Dated: New York, New York
       June 1, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE